## In re Madro BANDARIES, Appellant.

### No. 15–31000
### Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 26, 2016.

Esmond Phelps Gay, Christovich & Kearney, L.L.P., New Orleans, LA, Elizabeth Skelly Cordes, Esq., Christovich & Kearney, L.L.P., New Orleans, LA, for Appellant.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

Appellant Madro Bandaries, attorney at law, appeals the sanction imposed by the United States District Court for the Eastern District of Louisiana following imposition of discipline by the Louisiana Supreme Court. We have reviewed the appellate briefs of the parties and the record on appeal, including the portions under seal and the 23–page opinion of the district court sitting *en banc,* and we are satisfied that the sanction imposed by the district court is fully justified, irrespective of the fact that it is greater than the sanction imposed by the Louisiana Supreme Court. For essentially the same reasons as carefully explicated by the district court, its imposition of a three-year suspension from the practice of law be-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

fore that court, effective October 19, 2015, is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.